# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

### No. 7:10-CR-00070-FL-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SABINO TORRES-FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion to continue arraignment. For good cause shown, and with the consent of the government, the motion to continue arraignment is **GRANTED**. The arraignment is continued to Chief Judge Flanagan's September 7, 2010 term of court.

The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 29th day of July, 2010.

DAVID W. DANIEL
United States Magistrate Judge